**Michael J. Petitti, Jr. – 011667**
**Paige C. Pataky – 029951**
**SHIELDS PETITTI, PLC**
**5090 N. 40th Street, Suite 207**
**Phoenix, Arizona 85018**
**Telephone: (602) 718-3330**
**Facsimile: (602) 675-2356**
**E-Mail:  mjp@shieldspetitti.com**
**E-Mail:  pcp@shieldspetitti.com**
**E-Mail:  docket@shieldspetitti.com**

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chad Drexler,<br><br>              Plaintiff,<br><br>v.<br><br>City of Avondale,<br><br>              Defendant. | No. CV-21-00651-PHX-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiff Chad Drexler, by his undersigned counsel, hereby gives notice that Plaintiff voluntarily dismisses his claims against Defendant City of Avondale, which has not filed an Answer or a Motion for Summary Judgment in the action, with prejudice.

DATED this 20th day of September, 2021.

                                      SHIELDS PETITTI, PLC


                                      By  <u>Michael J. Petitti, Jr.</u>
                                             Michael J. Petitti, Jr.
                                             Paige C. Pataky
                                             5090 N. 40th Street, Suite 207
                                             Phoenix, Arizona 85018
                                             Attorneys for Plaintiff

1227825.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Harnack
Lisa Harnack

2

1227825.1